1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RHINE,

            Plaintiff,

      v.

DML CAPITAL, INC.; DML CAPITAL
MANAGEMENT, LLC; DML CAPITAL
MORTGAGE FUND, LLC; CAMPOS
FINANCIAL CORP.; LIONSCOVE,
INC.; LIONSCOVE MANAGEMENT,
LLC; LIONSCOVE FUND I, LLC,

            Defendants.

CASE NO. 2:25-cv-00107-JNW

ORDER GRANTING PLAINTIFF'S
MOTION FOR JURY DEMAND

16

17

18

19

20

21

22

23

      Pro se Plaintiff Daniel Rhine sued Defendants in King County Superior Court with a complaint that included the following statement in its caption: "Complaint for Damages and Demand for Jury Trial." Dkt. No. 1–1. Defendants removed the case, Dkt. No. 1, and Rhine now moves for a jury trial after the parties failed to reach an agreement on whether he may request a jury trial at this stage of the case. Dkt. No. 26. Defendants argue Rhine failed to properly demand a jury under state and federal law. Dkt. No. 29.

ORDER GRANTING PLAINTIFF'S MOTION FOR JURY DEMAND - 1

1      Setting aside the question of whether Rhine timely filed a jury demand, the

2   Court exercises its discretion under Federal Rule of Civil Procedure 39(b) to grant a

3   jury trial. Rhine's complaint caption was "sufficiently clear to alert both the

4   Defendants and the district court 'that a jury trial was requested.'" *Solis v. Cnty. of*

5   *L.A.*, 514 F.3d 946, 950–953 (9th Cir. 2008) (quoting *Lutz v. Glendale Union High*

6   *Sch.*, 403 F.3d 1061, 1064 (9th Cir. 2005)). The Court's discretion is appropriate

7   here given Rhine's pro se status, his right to a jury trial otherwise, and the absence

8   of any prejudice to Defendants. *Id.* (reversing denial of jury trial due to pro se

9   plaintiff's pre-trial procedural mishap).

10      Thus, the Court GRANTS Rhine's motion for a jury trial. Dkt. No. 26.

11

12      Dated this 9th day of September, 2025.

13

14                    Jamal N. Whitehead
                      United States District Judge

15

16

17

18

19

20

21

22

23

ORDER GRANTING PLAINTIFF'S MOTION FOR JURY DEMAND - 2