IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RHINE, an individual,

Plaintiff,

vs.

DML CAPITAL, INC. an entity; DML CAPITAL MANAGEMENT, LLC, an entity; DML CAPITAL MORTGAGE FUND, LLC, an entity; CAMPOS FINANCIAL CORP., an entity; LIONSCOVE, INC., an entity; LIONSCOVE MANAGEMENT, LLC, an entity; and LIONSCOVE FUND I, LLC, an entity,

Defendants.

CIVIL ACTION NO. 2:25-cv-00107-JNW

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO COMPLETE DISCOVERY**

THIS MATTER having come before the Court on Plaintiff Daniel Rhine and Defendants DML Capital, Inc., DML Capital Management, LLC, DML Capital Mortgage Fund, LLC, Lionscove, Inc., Lionscove Management, LLC, and Lionscove Fund I, LLC's, ("Lionscove") Joint Motion to Extend Deadline to Complete Discovery ("Motion").

The Court, having considered the Motion and all papers filed in support and in opposition, and the Court being otherwise fully apprised; it is hereby ordered:

1.    The Joint Motion to Extend Deadline to Complete Discovery, for purposes of

ORDER GRANTING MOTION TO EXTEND
DEADLINE TO COMPLETE DISCOVERY - 1
2:25-cv-00107-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Plaintiff producing complete responses to Lionscove's discovery requests and for Plaintiff's deposition is GRANTED;

2.    The discovery cutoff is extended solely for Plaintiff's deposition and responses, to be complete by Plaintiff by March 27, 2026.  Plaintiff shall produce responses to discovery and responsive documents on or before March 18, 2026, and sit for deposition on March 23, 2026.

3.    Plaintiff has until March 20, 2026 to file a motion for reconsideration of the Court's February 20, 2026 Order (Dkt. 58).

Dated this 5th day May, 2026.

_____
The Honorable Jamal N. Whitehead

Presented by:

DORSEY & WHITNEY LLP

*/s/ Hannah Talmage*
Michael W. Droke WSBA #25972
Hannah R. Talmage WSBA #60232
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
droke.michael@dorsey.com
talmage.hannah@dorsey.com
*Attorneys for Defendants Lionscove, Inc., DML Capital, Inc., DML Capital Management, LLC, DML Capital Mortgage Fund, LLC, Lionscove Management, LLC, and Lionscove Fund I, LLC*

ORDER GRANTING MOTION TO EXTEND
DEADLINE TO COMPLETE DISCOVERY - 2
2:25-cv-00107-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

*/s/ Daniel Rhine, with permission*
Daniel Rhine, PE, MPA, *pro se*
2125 Westlake Avenue North, Unit 402
Seattle, WA 98109
dttrhine@aol.com
*Plaintiff*

ORDER GRANTING MOTION TO EXTEND
DEADLINE TO COMPLETE DISCOVERY - 3
2:25-cv-00107-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the foregoing to be served on the following counsel of record by the method indicated:

Daniel Rhine, PE, MPA, *pro se*
2125 Westlake Avenue North, Unit 402
Seattle, WA 98109
dttrhine@aol.com

☐ Via Messenger
☐ Via Facsimile
☐ Via U.S. Mail
☒ Via ECF Notification

Dated this 3rd day of March, 2026.

*/s/ Hannah Sutherland*
Hannah Sutherland, Legal Assistant

ORDER GRANTING MOTION TO EXTEND
DEADLINE TO COMPLETE DISCOVERY - 4
2:25-cv-00107-JNW

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820